IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR 18-2106-TUC-JAS (EJM) |
| Plaintiff, | **ORDER** |
| vs. | |
| Eduardo Soloman Navarro, | |
| Defendant. | |

Pending before the Court is a Report and Recommendation issued by Magistrate Judge Markovich. In the Report and Recommendation, Magistrate Judge Markovich recommends granting Defendant's motion to suppress (Doc. 76). As the Court finds that the Report and Recommendation appropriately resolved the motion to suppress, the objections are denied.[1]

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Markovich's Report and Recommendation (Doc. 105) is accepted and adopted.

(2) Defendant's motion to suppress (Doc. 76) is granted on the grounds specified in the Report and Recommendation.

DATED this 16th day of August, 2019.

*(signed)*
James A. Soto
United States District Judge

---

[1] The Court reviews de novo the objected-to portions of the Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court reviews for clear error the unobjected-to portions of the Report and Recommendation. *See Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).